UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7579**

_____

JOSEPH ANDREW DAVIS,

                 Petitioner – Appellant,

     v.

MICHAEL PETTIFORD, Warden,

                 Respondent – Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Terry L. Wooten, District Judge. (0:07-cv-01670-TLW)

_____

Submitted: May 21, 2009               Decided: May 26, 2009

_____

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Andrew Davis, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Andrew Davis, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Pettiford, No. 0:07-cv-01670-TLW (D.S.C. July 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED